BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net
         dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiff,<br><br>     v.<br><br>TITAN DVBE INCORPORATED, a California Corporation<br><br>                    Defendant. | No. C 12-06044 DMR<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA (hereinafter "Plaintiffs"), by and through the undersigned counsel, and Defendant TITAN DVBE, INC., a California Corporation (hereinafter "Defendant"), by and through the undersigned counsel, hereby respectfully request that the Case Management Conference currently scheduled for August 21, 2013 at 1:30pm be continued for ninety days.

The parties are involved in ongoing settlement negotiations regarding the results of the payroll audit of Defendant's books and records. The parties are continuing to exchange information and are optimistic they will be able to resolve their disputes prior to any rescheduled Case Management Conference. The negotiations and exchange of information conducted thus far have already significantly focused the issues of the case. Even if the parties are not able to resolve this matter fully, having this meeting will significantly narrow what facts and claims are in dispute. Accordingly, the parties respectfully request that the August 21, 2013 Case Management Conference be continued for ninety days.

Dated: August 14, 2013
WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Daniel S. Brome*
DANIEL S. BROME
Attorneys for Plaintiffs

Dated: August 14, 2013
COOK BROWN LLP

By: /s/ *Debra Hinshaw Vierra*
DEBRA HINSHAW VIERRA
Attorneys for Defendant

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 12-06044 DMR

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation to Continue Case Management Conference, the Court orders the continuance of the August 21, 2013 Case Management Conference ~~for ninety (90) days, or as soon thereafter as a court date is available. In addition, the Court Orders:~~ to Nov. 20, 2013 at 1:30 p.m. The Case Management Statement is due Nov. 13, 2013.

Dated: Aug. 16, 2013

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

132311/721101

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C 12-06044 DMR